UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRMA BARGE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:07CV892 CDP |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the plaintiff's motion for continuance of the Rule 16 Conference [#6] is granted.

**IT IS FURTHER ORDERED** that the conference pursuant to Rule 16, Fed.R.Civ.P., is reset to **Friday, July 6, 2007 at 11:30 a.m. in my chambers.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.